IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CRIMINAL CASE NO. 3:12-MJ-153-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| REGINALD ANTHONY HUNTER, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER IS BEFORE THE COURT** on Defendant's "Motion To Continue Time Period For Filing Indictment Pursuant To 18 U.S.C. § 3161" (Document No. 11) filed June 19, 2012.

Having considered the motion, and noting the consent of the United States Attorney, the undersigned will <u>grant</u> the motion.

**IT IS THEREFORE ORDERED** that Defendant's "Motion To Continue Time Period For Filing Indictment Pursuant To 18 U.S.C. § 3161" (Document No. 11) is **GRANTED**.

Signed: June 21, 2012

David C. Keesler
United States Magistrate Judge